1) May the Lieutenant Governor, pursuant to Const 1963, art 5, § 25, cast an affirmative vote during the final consideration of a bill when the Senate is equally divided 19 to 19? and

2) Would such action satisfy constitutional requirements with respect to the effectiveness of the passage of the bill by the Senate?

The briefs are to be filed on or before November 10, 1978. The clerk is directed to place this cause on the November 1978 session for argument and submission. Typewritten briefs, if otherwise in conformity with GCR 1963, 857 may be filed provided printed copies are furnished as soon as practicable thereafter. Persons or groups interested in the determination of these questions may apply to the Court for permission to file briefs amicus curiae.

OCTOBER 18, 1978

STATE BAR GRIEVANCE ADMINISTRATOR v SHIELDS. (Docket No. 61220.) Argued October 4, 1978 (Calendar No. 8).

This cause having been brought to this Court by appeal from the State Bar Grievance Board and having been argued by counsel and due deliberation having been had by the Court, it is hereby ordered that the State Bar Grievance Board's judgment of suspension is affirmed but the period of suspension is reduced from 6 months to 120 days.

Pursuant to GCR 1963, 971.5 on appeal to this Court from a final order of discipline by the Grievance Board, this Court may make such order as may be deemed appropriate. In view of the respondent's previously unblemished record and the equities of this particular case, the discipline of 120 days suspension has been determined appropriate and so ordered.

*Louis Rosenzweig* for appellee. *David S. Brady* for respondent-appellant.

NOVEMBER 21, 1978

DEARDEN v CITY OF DETROIT. (Docket No. 58974.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Solomon H. Bienenfeld,* First Assistant Attorney General, and *Vincent J. Leone,* Assistant Attorney General, for intervening plaintiff-appellant Department of Corrections. *Roger E. Craig,* Corporation Counsel, and *John F. Hathaway,* Assistant Corporation Counsel, for defendant-appellee. Reported at 403 *ante,* p 257.